# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

133650

BOBBY GILLEYLEN,
      Plaintiff-Appellant,

v

FARM BUREAU INSURANCE
COMPANY, and R. KEITH
GRAHAM,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133650
COA: 272760
Macomb CC: 06-000002-CK

On order of the Court, the application for leave to appeal the March 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because the claims advanced by appellant are completely lacking in merit. Costs of $250 are assessed against the plaintiff-appellant in favor of the defendants-appellees under MCR 7.316(D)(1) for filing a vexatious appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

Clerk